IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY HAW,

        Plaintiff,

  v.

JOHN HOWARD,

        Defendant.

        No. C 13-357 SI
        Related case: C 12-5167 SI

**ORDER REMANDING ACTION TO ALAMEDA COUNTY SUPERIOR COURT**

On December 13, 2012, this Court remanded *Haw v. Howard*, C 12-5167 SI (Alameda County Superior Court Case No. RG 12646031), to state court, finding that this Court lacked jurisdiction over that unlawful detainer case. On January 25, 2013, defendant again removed the same unlawful detainer action, *Haw v. Howard*, C 13-357 SI (Alameda County Superior Court Case No. RG 12646031), asserting the same defective grounds for jurisdiction that defendant previously asserted in C 12-5167 SI. *Compare* Docket No. 1 in C 12-5167 SI and Docket No. No. 1 in C 13-357 SI.

For all of the reasons set forth in the Court's December 13, 2012 order in C 12-5167 SI (and the November 27, 2012, Report and Recommendation in that case), this Court lacks jurisdiction over this unlawful detainer action, and this case is hereby REMANDED to the Superior Court for the County of Alameda. <u>Defendant is directed not to remove this action again, and is informed that any future removal of this unlawful detainer action will be assigned to this Court</u>. This order resolves Docket No. 6.

**IT IS SO ORDERED.**

Dated: February 12, 2013

        SUSAN ILLSTON
        United States District Judge